**Presentment Date:**
**May 13, 2004 at 12:00 noon**

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536  Facsimile
Michael D. Sirota (MS-4088)
Ilana Volkov (IV-0659)
Special Conflicts Counsel for Official Committee of
Unsecured Creditors of Parmalat USA Corp., *et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| In re: | : | Case No. 04-11139 (RDD) |
| | : | (Jointly Administered) |
| PARMALAT USA CORP., *et al.*, | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | : | |

### NOTICE OF PRESENTMENT OF ORDER
### FOR BANKRUPTCY RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE** that upon the annexed application of the Official Committee

of Unsecured Creditors (the "Committee") of Parmalat USA Corp., Farmland Dairies LLC and

Milk Products of Alabama L.L.C., the above-captioned debtors-in-possession, by its special

conflicts counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., the undersigned will present

the attached proposed order to the Honorable Robert D. Drain, United States Bankruptcy Judge,

for signature on May 13, 2004 (the "Presentment Date") at 12:00 noon, at the United States

Bankruptcy Court, the Alexander Hamilton Custom House, One Bowling Green, New York,

New York 10004-1408.

41719/0002-1342457v1

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order

must be in writing and filed with the Clerk of the Court, United States Bankruptcy Court,

Southern District of New York, One Bowling Green, New York, New York 10004-1408: (a)(i)

through the Bankruptcy Court's electronic filing system (in accordance with General Order M-

242), which may be accessed (with a password which is available by contacting the Bankruptcy

Court's technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to

5:00 p.m.) through the Internet at the Bankruptcy Court's website: www.nysb.uscourts.gov,

using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format

(PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file

electronically, such party shall submit the objection in PDF format on a diskette in an envelope

with the case name, case number, type and title of document, document number of the document

to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is

unable to file electronically or use PDF format, such party shall submit the objection on a

diskette in either Word, WordPerfect, or DOS text (ASCII) format.  An objection filed by a party

with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A

hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this

paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert D. Drain,

U.S.B.J., and served so as to be received by Cole, Schotz, Meisel, Forman & Leonard, P.A.,

special conflicts counsel for the Committee, 25 Main Street, Hackensack, New Jersey 07601,

Attn:  Michael D. Sirota, Esq., not later than three (3) days before the Presentment Date.

41719/0002-1342457v1

Unless objections are received by that time, the Order may be signed.


DATED:    Hackensack, New Jersey
          May 5, 2004

                                           COLE, SCHOTZ, MEISEL,
                                           FORMAN & LEONARD, P.A.


                                           By:____/s/ Michael D. Sirota_____
                                                  Michael D. Sirota (MS-4088)
                                                  25 Main Street
                                                  Hackensack, New Jersey 07601
                                                  (201) 489-3000
                                                  (201) 489-1536  Facsimile
                                           -and-
                                                  767 Third Avenue
                                                  New York, New York 10017

                                           Special Conflicts Counsel for the Official
                                           Committee of Unsecured Creditors of
                                           Parmalat U.S.A. Corp., *et al.*

41719/0002-1342457v1