UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 04-11139 (RDD) |
| | (Jointly Administered) |
| PARMALAT USA CORP., *et al.*, | |
| | Chapter 11 |
| Debtors. | |

### ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION

THIS MATTER being opened to the Court by the Application for an Order for Bankruptcy Rule 2004 Examination (the "Application") filed by Cole, Schotz, Meisel, Forman & Leonard, P.A., special conflicts counsel for the Official Committee of Unsecured Creditors (the "Committee") of Parmalat USA Corp., Farmland Dairies LLC and Milk Products of Alabama L.L.C.; and the Court being fully advised; and for other good cause appearing, now, therefore, it is hereby:

ORDERED that the Application is hereby approved; and it is further

ORDERED that pursuant to Bankruptcy Rule 2004, General Electric Capital Corporation and its affiliates, including GE Capital Public Finance, Inc. (collectively, "GE"), are directed to make available for an examination, upon oral deposition, the person or persons with knowledge regarding the Master Lease, as such term is defined in the Application, to take place at 10:00 a.m. on Monday, May 17, 2004, at the offices of Cole, Schotz, Meisel, Forman & Leonard P.A., 25 Main Street, Hackensack, New Jersey 07601 and continuing thereafter until completed, or at such other date and time as may be reasonably agreed upon by counsel.

DATED:  New York, New York
        May 13, 2004

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

41719/0003-1342331v2