UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

|  |  |  |
|---|---|---|
| | x | Case No. 04-11139 (RDD) |
| In re | : | |
| | : | |
| PARMALAT (USA) CORP., et al., | : | (Chapter 11) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------x

### ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 EXAMINER

Upon the application July 15, 2004 of the United States Trustee for an order approving the appointment of James L. Garrity, Jr. as Chapter 11 examiner, and upon the affidavit of James L. Garrity, Jr. dated July 14, 2004, and it appearing that James L. Garrity, Jr. is a disinterested person as set forth in 11 U.S.C. § 101(14), and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the appointment of James L. Garrity, Jr. as examiner is approved pursuant to 11 U.S.C. § 1104(d).

Dated: New York, New York
       July 26, 2004

    /s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
BANKRUPTCY JUDGE